IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHARI CANE,<br><br>              Plaintiff,<br><br>vs.<br><br>COREY O'NEILL in his official and individual capacities, STEVE KUNNATH in his official and individual capacities, CITY OF LIVINGSTON, MONTANA, JAY PORTEEN in his official and individual capacities,<br><br>              Defendants. | CV 20-32-BLG-TJC<br><br>**ORDER** |

The Court held a hearing on Defendants City of Livingston and Jay Porteen's Motion to Compel Discovery on May 27, 2021. For the reasons stated on the record, IT IS HEREBY ORDERED that the Motion to Compel is **DENIED as MOOT** and Defendants' request for attorney fees in connection with the Motion is **DENIED**.

DATED this 27th day of May, 2021.

                                                                      _____
                                                                      TIMOTHY J. CAVAN
                                                                      United States Magistrate Judge