IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHARI CANE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COREY O'NEILL in his official and individual capacities, STEVE KUNNATH in his official and individual capacities, CITY OF LIVINGSTON, MONTANA, JAY PORTEEN in his official and individual capacities,<br><br>　　　　　Defendants. | CV  20-32-BLG-TJC<br><br>**ORDER** |

　　　　Defendants Steve Kunnath and Corey O'Neill have filed an unopposed motion for extension of time to file reply briefs in support of their motions for summary judgment.  (Doc. 57.)  Accordingly, **IT IS HEREBY ORDERED** that Defendants' motion is GRANTED.  Defendants shall file their reply briefs by **August 6, 2021**.

DATED this 28th day of July, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge